| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE | CASE NUMBER |
|---|---|---|---|

| | | 06/06/06 | 06-0069 |
|---|---|---|---|

NAME OF DEFENDANT

*Spencer Clevening*

ADDRESS OF DEFENDANT          TELEPHONE NUMBER

NAME(s) OF SURETY(ies)

ADDRESS(es) OF SURETY(ies)          TELEPHONE NUMBER(s)

NAME OF CUSTODIAN          RELATIONSHIP TO DEFENDANT

ADDRESS OF CUSTODIAN          TELEPHONE NUMBER

AMOUNT OF BOND     UNSECURED    SECURED BY    OTHER SECURITY POSTED/TO BE POSTED BY

$ ROR          $ ROR      DEPOSIT RECEIVED

TIME AND DATE OF NEXT APPEARANCE   COURTROOM

6/21/06 at 11:00am (WJ)

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

[X] Defendant shall immediately advise the court, defense counsel, the U.S. Attorney, and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.

[X] Defendant shall appear at all proceedings as ordered by the court and shall surrender for service of any sentence imposed.

[X] Defendant shall not commit any federal, state, or local crime.

[X] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512 and 1513 on reverse side.

[ ] Defendant shall not travel outside the Eastern District of California, that is, those counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba. See map on reverse side.

[X] Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in the writing of any change in address and telephone number.

[ ] Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions the first working day following your release from custody.

[ ] Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any other passports.

[ ] Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

[ ] Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal if the custodian fails to do so, he/she will be prosecuted for contempt of court.

| FRESNO (559) 498-7300   SACRAMENTO (916) 554-2000   M - F 8:30 AM to 4:30 PM     (559) 498-7205 |
|---|
| 24-Hour number is   Pretrial/Relations                                          (800) 336-0102 |

[ ] Defendant shall participate in drug/alcohol (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.

[ ] Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

[X] The following conditions also apply:

*Madden transfered to Fresno*

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgement may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147 on reverse side.

We, the undersigned, have read and understand the terms of this order and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT          DATE   PRESENT ADDRESS (if any)

SIGNATURE OF CUSTODIAN

SIGNATURE of the person(s) who provided the security and who are the owners of it and on whom the bond is posted

CLERK OF MAGISTRATE

1. CLERK OF COURT — WHITE COPY

EDCA-1