1   QUIN DENVIR, Bar #49374
    Federal Defender
2   CARRIE S. LEONETTI, Maryland Bar
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5   Attorneys for Defendant

**FILED**

JUN 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

6   IN THE UNITED STATES DISTRICT COURT

7   FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,                )
                                             )
9                    Plaintiff,              )
                                             )
10          v.                               )   NO. 6:06 -mj- 69 wmw
                                             )
11   Spencer Downing.                        )   WAIVER OF DEFENDANT'S PERSONAL
                                             )   PRESENCE; [PROPOSED ORDER]
12                   Defendant.              )   THEREUPON
                                             )
13  _____       )   Judge: Honorable William M. Wunderlich

14          Pursuant to F. R. Crim. P. 43 (b) (2) and (3), Defendant hereby waives his/her right to be personally

15   present in open court upon the hearing of any proceeding in this cause, including, but not limited to status

16   conferences, motions hearings, change of plea, trial, and/or sentencing.

17          Defendant hereby requests that this Court proceed in his/her absence on every occasion that the Court

18   may permit, pursuant to this waiver. He/she agrees that his/her interests shall be represented at all times by

19   the presence of his/her attorney, the Office of the Federal Defender for the Eastern District of California, the

20   same as if Defendant were personally present.

21

22

23   Dated: 6/6/06                          _____
                                                         Defendant
24

25                                          _____
26                                                Attorney for Defendant

27

28

1

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until

further order.

DATED: _____ 6 - 6 - 06 _____

_____
Honorable William M. Wunderlich
United States Magistrate Judge
Eastern District of California

Waiver of Defendant's Appearance                    2